UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

       - v. -        :

KAREEM ALLEN,        :
    a/k/a "Rocket,"        :
HAROLD HILL,        :
    a/k/a "Dee Wee,"        :
AARON JOHNSON,        :
    a/k/a "A,"        :
ANTOINE MITCHELL,        :
    a/k/a "Red,"        :
JEREL POOL,        :
    a/k/a "Nast,"        :
DEREK SMITH,        :
    a/k/a "Ice,"        :
MARK SMITH,        :
NAJHEA SMITH,        :
    a/k/a "Boogz,"        :
QWAME THOMAS,        :
    a/k/a "Afro," and        :
BERNARD WALKER,        :
    a/k/a "M,"        :
             Defendants.        :
                    :

- - - - - - - - - - - - - - - - - - x

**ORIGINAL**

**SEALED INDICTMENT**

16 Cr.

**16 CRIM 397**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6|8|16

**COUNT ONE**

The Grand Jury charges:

**Background**

1.    The New York City Housing Authority ("NYCHA") operates, among others, a housing development in the East Harlem neighborhood of Manhattan, New York:  the Lincoln Houses, spanning an area between East 132nd Street and East 135th Street

**JUDGE SWAIN**

to the North-South, and Park Avenue and Fifth Avenue, to the East-West (the "Lincoln Houses").

2.    From at least in or about 2008, up to and including in or about 2016, in the Southern District of New York and elsewhere, KAREEM ALLEN, a/k/a "Rocket," HAROLD HILL, a/k/a "Dee Wee," AARON JOHNSON, a/k/a "A," ANTOINE MITCHELL, a/k/a "Red," JEREL POOL, a/k/a "Nast," DEREK SMITH, a/k/a "Ice," MARK SMITH, NAJHEA SMITH, a/k/a "Boogz," QWAME THOMAS, a/k/a "Afro," BERNARD WALKER, a/k/a "M," the defendants (collectively, the "Defendants"), and others known and unknown, conspired to distribute significant amounts of crack cocaine, in and around, among other places, the Lincoln Houses. Specifically, the Defendants sold narcotics most frequently on public streets and inside public housing developments between East 132nd Street and 135th Street, to the North-South, and Park Avenue to Madison Avenue, to the East-West. This section of Lincoln Houses is referred to herein as the "East Side."

3.    The Defendants and others working with them operated a drug trafficking organization (the "East Side DTO"), which distributed crack cocaine twenty-four hours each day, seven days each week.

## Statutory Allegations

4.    From at least in or about 2008, up to and including in or about 2016, in the Southern District of New York and

2

elsewhere, KAREEM ALLEN, a/k/a "Rocket," HAROLD HILL, a/k/a "Dee Wee," AARON JOHNSON, a/k/a "A," ANTOINE MITCHELL, a/k/a "Red," JEREL POOL, a/k/a "Nast," DEREK SMITH, a/k/a "Ice," MARK SMITH, NAJHEA SMITH, a/k/a "Boogz," QWAME THOMAS, a/k/a "Afro," BERNARD WALKER, a/k/a "M," the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

5.    It was a part and an object of the conspiracy that KAREEM ALLEN, a/k/a "Rocket," HAROLD HILL, a/k/a "Dee Wee," AARON JOHNSON, a/k/a "A," ANTOINE MITCHELL, a/k/a "Red," JEREL POOL, a/k/a "Nast," DEREK SMITH, a/k/a "Ice," MARK SMITH, NAJHEA SMITH, a/k/a "Boogz," QWAME THOMAS, a/k/a "Afro," BERNARD WALKER, a/k/a "M," the defendants, and others known and unknown, would and did distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

6.    The controlled substance that KAREEM ALLEN, a/k/a "Rocket," HAROLD HILL, a/k/a "Dee Wee," AARON JOHNSON, a/k/a "A," ANTOINE MITCHELL, a/k/a "Red," JEREL POOL, a/k/a "Nast," DEREK SMITH, a/k/a "Ice," MARK SMITH, NAJHEA SMITH, a/k/a "Boogz," QWAME THOMAS, a/k/a "Afro," BERNARD WALKER, a/k/a "M," the defendants, conspired to distribute and possess with intent to distribute was 280 grams and more of mixtures and substances

containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION

7.   As a result of committing the controlled substance offense alleged in Count One of this Indictment, KAREEM ALLEN, a/k/a "Rocket," HAROLD HILL, a/k/a "Dee Wee," AARON JOHNSON, a/k/a "A," ANTOINE MITCHELL, a/k/a "Red," JEREL POOL, a/k/a "Nast," DEREK SMITH, a/k/a "Ice," MARK SMITH, NAJHEA SMITH, a/k/a "Boogz," QWAME THOMAS, a/k/a "Afro," BERNARD WALKER, a/k/a "M," the defendants, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds said defendants obtained directly or indirectly as a result of the violation and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the violation alleged in Count One of this Indictment, including but not limited to a sum in United States currency representing the amount of proceeds obtained as a result of the offense.

4

8.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third person;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841 and 853.)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

5

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

- v. -

**KAREEM ALLEN, et al.**

**Defendants.**

### SEALED INDICTMENT

16 Cr.

(21 U.S.C. § 846.)

PREET BHARARA

United States Attorney.

A TRUE BILL

Foreperson.

6/8/16 - Filed. Sealed Indictment (.
    ac   d/w issued.
                    USM