DOCKET No. __16 cr 397__  DEFENDANT: __Aaron Schwom__

AUSA __Hadassa Waxman__  DEF.'S COUNSEL __Richard Lind__
☐ RETAINED  ☐ FEDERAL DEFENDERS  ☒ CJA

☐ _____ INTERPRETER NEEDED  ☒ DEFENDANT WAIVES PRE-TRIAL REPORT

☐ Rule 5  ☒ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.
DATE OF ARREST _____  ☐ VOL. SURR.
TIME OF ARREST _____  ☐ ON WRIT
☐ Other: _____  TIME OF PRESENTMENT __5:34pm__

### BAIL DISPOSITION

☒ DETENTION ON CONSENT W/O PREJUDICE  ☐ DETENTION: RISK OF FLIGHT/DANGER  ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☐ $_____ PRB
☐ _____ FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/ _____
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION  ☐ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT  ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING
☐ OTHER CONDITIONS _____

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:

☒ DEF. ARRAIGNED; PLEADS NOT GUILTY  ☒ CONFERENCE BEFORE D.J. ON __10/6/2016 at 3:00pm__
☒ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL __10/6/2016__

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED    ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED    ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING _____   ☐ ON DEFENDANT'S CONSENT

DATE: __7-6-16__

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.