UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                        No. 16-CR-397-LTS

JEREL POOL (5),

       Defendant.

---------------------------------------------------------x

## ORDER

      The sentencing in the above-captioned case scheduled for December 12, 2017, is now rescheduled for **January 18, 2018, at 1:30 p.m.** in Courtroom 17C.

Dated: New York, New York
        November 22, 2017

                                                 /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                United States District Judge